UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SARAH CECILIA WALES,<br><br>            Defendants. | CASE NO. CR14-5500BHS<br><br>ORDER |

This matter comes before the Court on Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Date.  The Court, having considered the unopposed motion and the Defendant's speedy trial waiver, adopts as findings the facts stated in the motion and makes the following additional findings of fact and conclusions of law:

1.  Defense counsel requires additional time in order to investigate all factual allegations, interview witnesses, conduct legal research and prepare and file pretrial motions.  Defense counsel also needs additional time to review the discovery that has been provided to date.

2.  The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.  18 U.S.C. § 3161(h)(7)(B)(ii).

1	3. Taking into account the exercise of due diligence, a continuance is necessary to allow
2	the defendant the reasonable time for effective preparation his defense, to explore resolution of
3	this case before trial and to ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4	4. Proceeding to trial absent adequate time for the defense to prepare would result in a
5	miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

6	5. The ends of justice served by granting this continuance outweigh the best interests of
7	the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

8	6. Defendant waived speedy trial through June 30, 2015.

	NOW, THEREFORE, IT IS HEREBY ORDERED

9	That the trial date is continued from December 30, 2014, to May 12, 2015, at 9:00 a.m.;
10	Pretrial Conference is set for May 4, 2015, at 1:30 p.m.; pretrial motions are due by April 2,
11	2015. The resulting period of delay from December 11, 2014, to May 12, 2015, is hereby
12	excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

13	Dated this 12th day of December, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge